R. P. Jones, appellee, v. Nels Nelson, appellant.  Gen. No. 27,181.

Action of forcible entry and detainer.  Judgment for plaintiff for possession.  Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1921.  Affirmed.  Opinion filed October 18, 1922.

Green, Beverly & Rice, for appellant; Charles E. Green, of counsel. James Ewing Davis and Brown, Fox & Blumberg, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

R. P. Jones, appellee, v. N. Nelson, appellant.  Gen. No. 27,182.

Action of forcible entry and detainer.  Judgment for plaintiff for possession.  Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1921.  Affirmed.  Opinion filed October 18, 1922.

Green, Beverly & Rice, for appellant; Charles E. Green, of counsel. James Ewing Davis and Brown, Fox & Blumberg, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

R. P. Jones, appellee, v. Kelly Goldboss, appellant.  Gen. No. 27,183.

Action of forcible entry and detainer.  Judgment for plaintiff for possession.  Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1921.  Affirmed.  Opinion filed October 18, 1922.

Green, Beverly & Rice, for appellant; Charles E. Green, of counsel. James Ewing Davis and Brown, Fox & Blumberg, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

A. Roth, trading as Publisher's Press, appellee, v. George Blumenstock, individually, trading as Blumenstock Advertising Service Company, appellant.  Gen. No. 27,120.

Action to recover for printing done for defendant.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1921.  Affirmed.  Opinion filed October 18, 1922.

Schoenbrod & Rosengard, for appellant.  Pennish & Raschbaum, for appellee; F. D. Shobe, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

John Milton Oliver, appellee, v. Dollie F. Leitch and Olive Leitch, appellants.  Gen. No. 27,149.

Action to recover the balance due on a promissory note against the makers by an assignee for value before maturity.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1921.  Affirmed.  Opinion filed October 18, 1922.

Coburn & Bentley, for appellants.  John L. Vette, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.